UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RICHARD BLAISDELL,

Plaintiff,

v.

DR. RICHARD TANNER,

Defendant.

Civil No. 00-~~1318~~ 1318 (JRT/JGL)

**ORDER**

Plaintiff, a prisoner at the Prairie Correctional Facility in Appleton, Minnesota, has filed a complaint seeking relief under 42 U.S.C. § 1983. He alleges that Defendant violated his constitutional rights under the Eighth Amendment by deliberately disregarding his serious medical needs. Plaintiff did not tender the requisite filing fee with his complaint, but instead filed an application seeking leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

The Court finds that Plaintiff is eligible for IFP status, and his IFP application will therefore be GRANTED. Because Plaintiff is a prisoner, however, granting his IFP application means only that he will be allowed to bring the present action without pre-paying the full filing fee. See Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998) ("[t]he purpose of the Prison Litigation Reform Act was to require all prisoner-litigants to pay filing fees in full, with the only issue being whether the inmate pays the entire filing fee at the initiation of the proceeding or in installments over a period of time"). Plaintiff still will be required to pay the unpaid balance of the filing fee, (in this case, $130.00), in installments

FILED 6/5/00
FRANC... ...SAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

pursuant to 28 U.S.C. § 1915(b)(2). The Clerk of Court shall provide notice of this requirement to the prison authorities at the institution where Plaintiff is confined.

Because IFP status has been granted, Plaintiff is entitled to have the Defendant served by the U.S. Marshal. 28 U.S.C. § 1915(d); Fed.R.Civ.P. 4(c)(2). Marshal service will therefore be ordered on the named Defendant.

The Court will defer any ruling on the adequacy of Plaintiff's pleading. (See 28 U.S.C. § 1915A.) If service of process is effected on Defendant, he will be required to file an answer or other responsive pleading, notwithstanding the provisions of 42 U.S.C. § 1997e(g). A copy of this order shall be served with the summons and complaint, so that Defendant will be apprised of his obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is GRANTED;

2. Plaintiff shall pay the unpaid balance of the filing fee for this action, ($130.00), in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to prison authorities at the institution where Plaintiff is confined;

3. A summons shall be issued by the Clerk of Court, and service of process on the named Defendant shall be effected by the U.S. Marshal;

4. A copy of this order shall be served by the Marshal with the summons and complaint; and

5. If service of process is effected on Defendant, he shall be required to file a response to Plaintiff's complaint.

Dated: June 4, 2000

JONATHAN LEBEDOFF
Chief Magistrate Judge