**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RICHARD BLAISDELL,**

Plaintiff,

v.

**RICHARD TANNER, M.D.,**

Defendant.

---

Civ. No. 00-1318 (JRT/JGL)

**O R D E R**

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff dated January 9, 2002, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. No. 40) is **DENIED**; and

(2) Plaintiff's Motion for Summary Judgment (Doc. No. 42) is **DENIED**.

Dated: 2-7, 2002

JOHN R. TUNHEIM
United States District Court

FILED 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK