# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Blaisdell

v.

Richard Tanner

Case No. Civil 00-1318 JRT/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Defendant's Motion for Summary Judgment is granted.

DATE: March 31, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

47